UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | CIVIL ACTION NO: 1:20-cv-00416-LEW |
| **Plaintiff** | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | RE:<br>12 Spruce Avenue, Hancock, ME 04640 |
| Peter Robert Charles Came, Co-Personal Representative to the Estate of Belinda Waldner, Charles William Veral Robins Co-Personal Representative to the Estate of Belinda Waldner, Alexander Charles Waldner, as heir to the Estate of Belinda Waldner and individually, Oliver Edward Waldner, heir to the Estate of Belinda Waldner and individually, Jonathan Peter Waldner, heir to the Estate of Belinda Waldner and individually, Christian Waldner, heir to the Estate of Belinda Waldner and individually | Mortgage:<br>February 25, 2009<br>Book 5147, Page 193 |
| **Defendants** | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

**I. Corporate Disclosure**

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank Trust"), is a wholly-owned subsidiary of U.S. Bancorp., a publicly-held corporation. No other publicly-held corporation owns 10% or more of its stock.

**II. Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case are as follows:

Doonan, Graves & Longoria, LLC – Counsel for Plaintiff

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust – Plaintiff

Peter Robert Charles Came, Co-Personal Representative to the Estate of Belinda Waldner – Defendant

Charles William Veral Robins Co-Personal Representative to the Estate of Belinda Waldner – Defendant

Alexander Charles Waldner, as heir to the Estate of Belinda Waldner and individually – Defendant

Oliver Edward Waldner, heir to the Estate of Belinda Waldner and individually – Defendant

Jonathan Peter Waldner, heir to the Estate of Belinda Waldner and individually – Defendant

Christian Waldner, heir to the Estate of Belinda Waldner and individually – Defendant

Dated: November 16, 2020

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 16th day of November, 2020, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Oliver Edward Waldner, heir to the Estate of Belinda Waldner and individually
140 Bellevue Ave
Montclair, NJ 07043

Jonathan Peter Waldner, heir to the Estate of Belinda Waldner and individually
50 Christopher Columbus Dr., PH 3
Jersey City, NJ 07302

Alexander Charles Waldner, as heir to the Estate of Belinda Waldner and individually
57 Hutton St., Apt 1R
Jersey City, NJ 07307

Charles William Veral Robins, Co-Personal Representative to the Estate of Belinda Waldner
Bass Rocks, Oakhill Road
Seaview, Isle of Wight, United Kingdom, PO34 5AL

Peter Robert Charles Came, Co-Personal Representative to the Estate of Belinda Waldner
Greenlands Farm, Bramley Rd.
Silchester Reading Berkshire RG7 2LZT, ENGLAND

Christian Waldner, heir to the Estate of Belinda Waldner and individually
c/o Charles William Veral Robins
Bass Rocks, Oakhill Road
Seaview, Isle of Wight, United Kingdom, PO34 5AL