UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, ]<br>]<br>Plaintiff ]<br>]<br>v. ]<br>]<br>Peter Robert Charles Came, Co-Personal Representative to the Estate of Belinda Waldner, Charles William Veral Robins Co-Personal Representative to the Estate of Brenda Waldner, Alexander Charles Waldner, as heir to the Estate of Belinda Waldner and individually, Oliver Edward Waldner, heir to the Estate of Belinda Waldner and individually, Jonathan Peter Waldner, heir to the Estate of Belinda Waldner and individually, Christian Waldner, heir to the Estate of Belinda Waldner and individually, ]<br>]<br>Defendants ] | Case No. 1:20-cv-416-LEW |

## **ORDER APPOINTING GUARDIAN AD LITEM**

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, requests the court to appoint a Guardian Ad Litem for minor, Christian Denny and to amend the name of the minor defendant [ECF 11].

It is hereby ORDERED that Jonathan Peter Waldner is hereby appointed Guardian Ad Litem of Christian Denny, minor, heir to the Estate of Belinda Waldner, for the limited purpose of accepting service and executing a Consent Judgment and/or Release Deed in this matter.

It is further ORDERED that the Plaintiff is granted leave to file a supplemental Summons, and Amended Complaint to include the authority granted to Jonathan Peter Waldner by this Order and to amend the caption to correct Christian's last name and reference the Guardian Ad Litem on his behalf.

SO ORDERED.

Dated this 16th day of March, 2021.

                                                /s/ Lance E. Walker  
                                          UNITED STATES DISTRICT JUDGE