UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| US BANK TRUST NA AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br><br>v.<br><br>PETER ROBERT CHARLES CAME et al | )<br>)<br>)<br>)<br>)<br>) CIVIL NO.  1:20-cv-00416-LEW<br>)<br>)<br>) |

ORDER TO SHOW CAUSE

In accordance with the Order granting Motion to Extend Time 45 days to Complete and File Service, entered by U.S. District Judge, Lance E. Walker on February 25, 2021, plaintiff had until April 12, 2021 to effectuate service on defendants.

The record reflects that as of this date, service of process remains to be accomplished on defendants, PETER ROBERT CHARLES CAME, CHARLES WILLIAM VERAL ROBINS, ALEXANDER CHARLES WALDNER, OLIVER EDWARD WALDNER, and JONATHAN PETER WALDNER.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than May 5, 2021 why such service was not timely made, failing which the complaint shall be dismissed as to all defendants

So ORDERED.

Lance E. Walker
United States District Judge

By: /s/ Meaghan Hand
Deputy Clerk

Dated this 22nd day of April, 2021.