UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** <br><br> **Plaintiff** <br><br> vs. <br><br> **Peter Robert Charles Came, Co-Personal Representative to the Estate of Belinda Waldner, Charles William Veral Robins Co-Personal Representative to the Estate of Belinda Waldner, Alexander Charles Waldner, as heir to the Estate of Belinda Waldner and individually, Oliver Edward Waldner, heir to the Estate of Belinda Waldner and individually, Jonathan Peter Waldner, heir to the Estate of Belinda Waldner and individually, Jonathan Peter Waldner as Guardian Ad Litem of C.D., minor, heir to the Estate of Belinda Waldner and individually,** <br><br> **Defendants** | Case No. 1:20-cv-00416-LEW |

**CONSENT JUDGMENT OF DECLARATORY JUDGMENT
AND REFORMATION OF LEGAL DESCRIPTION**
(12 Spruce Avenue, Hancock, Maine)

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank"), and Peter Robert Charles Came, Co-Personal Representative to the Estate of Belinda Waldner, Charles William Veral Robins, Co-Personal Representative to the Estate of Belinda Waldner, Alexander Charles Waldner, as heir to the Estate of Belinda Waldner and individually, Oliver Edward Waldner, heir to the Estate of Belinda Waldner and individually, Jonathan Peter Waldner, heir to the Estate of Belinda Waldner and individually, Jonathan Peter

Waldner as Guardian Ad Litem of C.D., minor, heir to the Estate of Belinda Waldner and individually, ("Defendants"), and hereby submit this Consent Judgment, which has been signed by the parties and attached to Plaintiff's Motion for Judgment (ECF 34).

Upon entry of Judgment on Courts I, II and III, as set forth below the parties agree that Count IV – Equitable Estoppel and Promissory Estoppel, Count V – Tortious Interference with Contract (Jonathan Waldner only), Count VI –Breach of Contract, and Count VII – Preliminary Injunction, are hereby **DISMISSED** without prejudice.

**JUDGMENT** on Count I – Declaratory Judgment is as follows:

1. Entry of the Judgment confirms, *Nunc Pro Tunc,* the appointment of Peter Robert Charles Came and Charles William Veral Robins as Co-Personal Representatives to the Estate of Belinda Waldner, as well as their authority, on behalf of the Estate, to transfer the property, in connection with the March 13, 2019 Deed-in-Lieu of Foreclosure recorded in the Hancock County Registry of Deeds in Book 6943 at Page 792 , as well as their authority to execute the Estoppel Affidavit executed therewith, and vests all right title and interest in the Property in the Plaintiff.

**JUDGMENT** on Count II – Reformation of Legal Description is as follows:

2. Entry of the Judgment also reforms the property description as found in the subject Mortgage dated February 25, 2009, recorded in the Hancock Registry of Deeds in Book 5147, Page 193 to reflect the correct property description as set forth in the Deed into Belinda Waldner dated July 8, 2004 and recorded in the Hancock County Registry of Deed in Book 3969, Page 20, as attached hereto, as Exhibit A.

**JUDGMENT on Count III – Easement by Necessity,** as follows:

3. Entry of the Judgment further reforms the Legal Description of the Property as an

Easement by Necessity as there is unity of title in the Waldner Deed dated July 8, 2004, as well as the clear intention of the parties to convey all right title and interest in the subject premises to include the Rights of Way necessary to the parcels conveyed, and the remaining rights-of way are of no value to the Waldners without ownership of the primary parcel deeded.

4. The following information is included in this Judgment affecting real estate pursuant to 14 M.R.S. § 2401(3):

|  | **PARTIES** | **COUNSEL** |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134<br>Main Offices:<br>300 East Delaware Ave.,<br>Suite 901, Wilmington, Delaware 19809 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANTS |  |  |
|  | Alexander Charles Waldner, as heir to the Estate of Belinda Waldner and individually<br>57 Hutton St., Apt 1R<br>Jersey City, NJ 07307 | Pro Se |
|  | Jonathan Peter Waldner, heir to the Estate of Belinda Waldner and individually<br>50 Christopher Columbus Dr., PH 3<br>Jersey City, NJ 07302 | Zachary McNally, Esq.<br>Hale & Hamlin LLC<br>4 State Street<br>P.O. Box 729<br>Ellsworth, ME 04605 |
|  | Oliver Edward Waldner, heir to the Estate of Belinda Waldner and individually, 140 Bellevue Ave<br>Montclair, NJ 07043 | Pro Se |

| | |
|---|---|
| Jonathan Peter Waldner as Guardian Ad Litem of C.D., minor, heir to the Estate of Belinda Waldner and individually 50 Christopher Columbus Dr., PH 3 Jersey City, NJ 07302 | Zachary McNally, Esq. Hale & Hamlin LLC 4 State Street P.O. Box 729 Ellsworth, ME 04605 |
| Charles William Veral Robins Co-Personal Representative to the Estate of Belinda Waldner, Bass Rocks, Oakhill Road, Seaview, Isle of Wight, United Kingdom, PO34 5AL | Pro Se |
| Peter Robert Charles Came, Co-Personal Representative to the Estate of Belinda Waldner Greendlands Farm, Bramley Road, Silchester, Reading, County of Berkshire, United Kingdom RG7 2LT | Pro Se |

a) The docket number of this case is No. 1:20-cv-00416-LEW.

b) The Defendants, the only parties to these proceedings besides U.S. Bank, executed Acceptances of Service in accordance with F.R.C.P. 4(d), filed with the Court herewith.

c) A description of the real estate involved, 12 Spruce Avenue, Hancock, ME 04640, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 12 Spruce Avenue, Hancock, ME 04640. The Mortgage was executed by the Defendant, Belinda C. Waldner on February 25, 2009. The book and page number of the Mortgage in the Hancock County Registry of Deeds is Book 5147, Page 193. The property was deeded to

        Belinda C. Waldner by virtue of a Quitclaim Deed with Covenant, recorded in the Hancock County Registry of Deeds is Book 3969, Page 20.

  e) This judgment <u>shall not</u> create any personal liability on the part of the Defendants but shall act solely as an *in rem* judgment against the property, 12 Spruce Avenue, Hancock, ME 04640.

**SO ORDERED**

Dated this 4th day of August, 2021.

                                            /s/ Lance E. Walker
                                            UNITED STATES DISTRICT JUDGE